UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
VALERIE HALSEY, *as Proposed* :
*Administratrix of the Estate of Dorothy* :
*Osborne, deceased*, :
: 22-CV-7664 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
THROGS NECK OPERATING, LLC, :
:
Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On October 28, 2022, I stayed this case pending the resolution of *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center, et al.*, No. 21-2164, and *Leroy v. Hume*, Nos. 21-2158(L), 21-2159, two cases that were then-pending before the Second Circuit. (Doc. 13.) My order directed the parties to submit a joint letter within "one week of a decision on either of these cases . . . indicating that decision's bearing on this case." (*Id.* at 2.) Although the Circuit decided both *Rivera-Zayas* and *Leroy* on April 13, 2023, the parties have not submitted a status letter, or any other updates in this case. Accordingly, it is hereby:

ORDERED that the parties shall submit a joint status letter proposing next steps in this action by February 2, 2024. To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter. Failure to comply with this Order will result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 30, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge